## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIMOTHY J. ADAMS,** | **:** | |
| **Petitioner** | **:** | **CIVIL ACTION NO. 3:21-1795** |
| **v.** | **:** | **(JUDGE MANNION)** |
| **GEORGE MILLER,** | **:** | |
| **Respondent** | **:** | |

## ORDER

Upon consideration of Petitioner's motion to amend the name of the Respondent in the above captioned petition to reflect "Mr. Wahl, Acting Warden" as the appropriate Respondent, in light of George Miller's retirement, **IT IS HEREBY ORDERED THAT:**

1.  Petitioner's motion to amend the caption to reflect the proper Respondent (Doc. 18) is **GRANTED**.

2.  The Clerk of Court is directed to amend the above captioned action to reflect "Mr. Wahl, Acting Warden" as the properly named Respondent.

s/ Malachy E. Mannion
**MALACHY E. MANNION**
**United States District Judge**

**Dated: February 22, 2022**
21-1795-06