## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIMOTHY J. ADAMS,** | : | **CIVIL ACTION NO. 3:21-1795** |
| **Petitioner** | : | |
| | | **(JUDGE MANNION)** |
| **v.** | : | |
| **GEORGE MILLER,** | : | |
| **Respondent** | : | |

### ORDER

Upon consideration of Petitioner's motion to be released on bail and motion for reprieve, in which Petitioner seeks to be released pending disposition of the above captioned action, **IT IS HEREBY ORDERED THAT** Petitioner's motions (Docs. 17, 19) are **DISMISSED** as premature as a response to the petition has yet to be filed.


*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: February 22, 2022**
21-1795-07