UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TIMOTHY J. ADAMS. | : | |
| Petitioner | : | CIVIL ACTION NO. 3:21-1795 |
| v. | : | (JUDGE MANNION) |
| | : | |
| GEORGE MILLER, | : | |
| Respondent | : | |
| | : | |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** as time-barred by the statute of limitations. See 28 U.S.C. §2244(d).

2. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c).

3. The Clerk of Court is directed to **CLOSE** this case.

4. Petitioner's motions to appoint counsel, (Doc. 23), for reprieve, (Doc. 25), for jury trial, (Doc. 26), for evidentiary hearing, (Docs. 28, 34), for temporary reprieve, (Doc. 29), to submit evidence, (Doc. 30), to submit exhibits, (Doc. 31), for appeal bond hearing, (Doc. 32), and to take deposition of Bradford County District Attorney, (Doc. 33), are **DISMSSED** as moot.

- 2 -

5. Petitioner's motion for default judgment (Doc. 35) is **DENIED**, as a timely response was filed by the appropriate party in this action. (See Doc. 10).

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: August 23, 2022**
21-1795-01-ORDER